**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

-------------------------------------------------------------x

In re:   Retro (USA) Inc.                                CASE NO.   14-11554-shl

**AFFIDAVIT FOR REIMBURSEMENT**
**OF UNCLAIMED DIVIDEND**

-------------------------------------------------------------x

STATE OF: Virginia                    )

COUNTY OF: Henrico                    )        Social Security No/(TIN):  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

John J. Marshall, Assignee of China Fortune, or 6800 Paragon Place, Suite 202
_____(Name of Creditor)_____        _____(Address)_____

Richmond, VA 23230

being duly sworn, deposes and says:
          That he/she is a creditor of the above named debtor.

That   Retro (USA) Inc.                                                was duly adjudged a debtor
_____(Name of Debtor)_____

in the United States Bankruptcy Court for the Southern District of New York.  That said creditor duly
filed his/her claim, which was thereafter duly allowed.
Dividends amounting to the sum of $  19,014.06                    remain unpaid.

          That the said claim has not been sold or assigned, and that it is still the property of
deponent.

          It is therefore requested that the Clerk of this Court pay to   John J. Marshall, as the

Assignee of China Fortune                    the sum of $  $19,014.06                    .
_____(Name of Creditor)_____

_____
(Signature of Creditor)

Sworn and subscribed to before
me this        day of        20

_____
Notary Public

11/6/2018                                            Affix Corporate Seal

[Notary seal: KATHRYN T LUNSFORD / NOTARY PUBLIC / REG # 7521795 / COMMISSION EXPIRES 3/29/20 / COMMONWEALTH OF VIRGINIA]

**\*\*PLEASE ATTACH COUNTY CLERK'S CERTIFICATE IF OTHER THAN A NEW YORK NOTARY\*\***
**\*\*\*PLEASE FORWARD TO ATTENTION OF FINANCIAL DEPARTMENT\*\*\***

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:  **Retro (USA) Inc.**
    Debtor

Case # 114-11554-shl

Chapter **7**

## AFFIDAVIT AND IDENTIFICATION OF CREDITOR / SELLER
## or it's AUTHORIZED REPRESENTATIVE

       I, **Li Yang aka Christina Yang, acting in my corporate capacity as President of China Fortune ("Seller")**, am the Seller or the duly Authorized Representative of the Seller, and I declare as follows:

1) Seller is the original filer of a claim in this case which is noted on the clerk's register of claims. Evidence of these facts is included herewith.

2) Seller has knowingly and consciously decided to sell and assign any and all interest in such claim to **John Marshall.** Seller hereby grants all interest in such claim and any funds that might ultimately be generated by same to **John Marshall,** and agrees to provide any further court required supporting evidence, or execute any other required forms that confirm this fact and/or are necessary for the full transfer of such interest.

3) Seller has not previously sold their claim or rights to same to any other party, and is still the owner of the claim, is entitled to payment, and is selling all such rights and entitlement solely to **John Marshall.**

      I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

**China Fortune**
Name of Creditor

**Li Yang aka Christina Yang /
President**

Sworn to and Subscribed before me on this   **30**   day of  **July** , 2018

NOTARY PUBLIC

State of  **Ontario**

City/County of  **Vaughan, ON. (Canada)**

**Varinder K. Gaur**
**Barrister & Solicitor, Notary Public**
**7050 Weston Road, Suite 305**
**Vaughan, ON  L4L 8G7**
**Tel: 905-850-5555  Fax: 905-850-5572**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re                               :

                                  :       **Chapter 7**

Retro (USA) Inc.               :       **Case No. 14-11554-shl**

                                  :

                **Debtor.**      :

---------------------------------------------------------------x

## AFFIDAVIT AND IDENTIFICATION OF ASSIGNEE

       I, **John J. Marshall (hereinafter "Assignee")**, declare as follows:

1) **Assignee** has been granted an Assignment of that certain Claim - as is noted to be **#2-1** on the Court's Register of Claims in this case - by **China Fortune,** the original Creditor in this matter, and the "Assignor" with respect to the Assignment of Claim.  A Notice of Claim Transfer was duly filed, and is found at Docket #73 dated 8/1/18.  A complete copy of the Transfer documents is included separately herewith.  There were no objections to the Claim Transfer, and thus Assignee is the rightful owner of the Claim and all dividends owed against same.

2) My personal ID is as follows, with my business card included simply to show the preferred mailing address – though for clarify, it is stressed that I did, was and am acting in my individual capacity, and on a *pro se* basis:



3) On 6//27/18 at docket #71 the Trustee filed his Notice of Deposit of Unclaimed Dividends.  Included in that deposit was and is the sum of $19,014.06 owed against the Transferred Claim.  Such unclaimed funds are thus the property of Assignee.

4) Assignee therefore has filed – included separately herewith – an Affidavit for Reimbursement of Unclaimed Dividends (which together with all its associated documents is hereinafter the "Request").  The Request conforms with all published Court requirements related to such a Request, and includes all appropriate proof and evidence.  Assignee respectfully asks that the Request be approved, the Order entered, and the funds release to the Assignee as the rightful owner.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Re:  Retro (USA) Inc.                    )        CASE NO.  14-11554-shl
                                            )
                                            )        **DECLARATION OF SERVICE**
                                            )
                          Debtor  )
_____)

_____John J. Marshall_____ declares under the penalty of perjury as follows:
        (Print or type name)

On_____, I served _an Affidavit for Reimbursement of
        (Date of service)              (Describe the papers that you served)

Unclaimed Dividends, along with all associated and required supporting documents.

_____

on the United States Attorney for the Southern District of New York at [Print or type name and

address of the person served in the space below]:

Lawrence Fogelman
Chief, Tax and Bankruptcy Unit
United States Attorney's Office, SDNY
86 Chamber Street
New York, NY 10007

by __prepaid First Class US Mail_____
        (Fill in method of service, e.g. first class mail, personal delivery, federal express, etc.)

Executed: ____11/15/18____                    _____
                Date of Service                          John J. Marshall
                                              (Sign name and print or type name below signature line)



中华人民共和国外交部请各国军
政机关对持照人予以通行的便利和必
要的协助。

The Ministry of Foreign Affairs of
the People's Republic of China
requests all civil and military
authorities of foreign countries to
allow the bearer of this passport to
pass freely and afford assistance in
case of need.

中华人民共和国外交部请各国
欢迎持照人 并在必要时给予协助
与保护。

The Ministry of Foreign Affairs of
the People's Republic of China
requests all civil and military
authorities of foreign countries to
allow the bearer of this passport to
pass freely and afford assistance in
case of need.

中华人民共和国
护　照
PASSPORT

Type
P       CHN       E78964198

Surname
杨 丽
YANG, LI

Sex      Nationality      Date of birth
女/F        中国/CHINESE       30 OCT 1962

Place of birth
山东/SHANDONG        28 8月/AUG 2016

Authority
多伦多
TORONTO            24 8月/AUG 2026

中驻多伦多总领馆
CONSULATE GENERAL OF CHINA
IN TORONTO              杨丽

POCHNYANG<<LI<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
E789641984CHN6210308F2608248N800MAPG<<<<A926

**This form is intentionally blank.**

**The notice is scheduled to be processed by the Bankruptcy Noticing Center (BNC).**

**Refer to the BNC Certificate of Notice entry to view the actual form.**

## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: asuarez | Date Created: 9/13/2018 |
| Case: 14−11554−shl | Form ID: trc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

7399739    China Fortune    Attn: Li Yang    Aka Christina Yang, President    230 Fifth Avenue, Suite 805    New York, NY 10001

TOTAL: 1

**Evidence and Supporting Documents related to an Unclaimed Funds Recovery filing**

*INDEX TO ENCLOSURES*

**Unclaimed Funds Recovery**

**HOLDER: USBC NY Southern District**
**CASE # 14-11554 Retro (USA) Inc.**
**CLAIMANT: John Marshall, Assignee**

**Evidence of Funds Deposit by Trustee**          1

**Complete Claim Assignment Package as is**
**found at docket #73 dated 8/1/18**          2

**Affidavit of John J. Marshall and required W9**
**and Vendor AO 213 forms**          3

**Brief History Statement & Recap of**
**Supporting Evidence:**

*China Fortune* was the original creditor ("Creditor")
in this case.  John Marshall ("Claimant") purchased the
Creditor's claim in this case, and the Assignment of
Claim is duly docketed at entry 73 dated 8/1/18.  There
were no objections to the Assignment, and thus
Claimant is the proper owner of the Claim, and the
unclaimed funds due as a distribution against the
Claim.  Thus Claimant – an individual person acting
*pro se* in this matter - makes this application as the
Assignee and Owner of the funds in question.

.

4

5

6

7

8

9

10

11

12

**Prepared & Submitted by:**

**John Marshall**
**6800 Paragon Place  Suite 202**
**Richmond, VA 23230**
**Phone 804-285-0807**
JMarshall@JMPartnersLLC.com

13

14

15

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### Manhattan

**In re**

**RETRO (USA) INC.**

**Case No. 14-11554-SHL**

**Chapter 7**

**Debtor(s)**

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividends(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| China Fortune<br>3545 Nashua Drive<br>Mississauga, Ontario<br>L4v 1R1<br>Canada | $19,014.06 |

Dated: June 26, 2018

/s/ SALVATORE LAMONICA
SALVATORE LAMONICA, Trustee
3305 JERUSALEM AVENUE
WANTAGH, NY 11793
(516) 826-6500

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was electronically served or mailed to Office of the U.S. Trustee, on June 26, 2018.

# John Marshall
## 6800 Paragon Place   Suite 202
## Richmond, VA  23230-1656

Phone   804-285-0807
Fax      804-285-0939

Email JMarshall@JMPartnersLLC.com

July 31, 2018

USBC Southern District of New York
ATTN: Clerk of the Court
One Bowling Green
New York, NY 10004-1408

RE:    **JM File # 7NY-0041s  Retro (USA) Inc**

Gentlemen –

Please find enclosed a Notice of Transfer of Claim – and the accompanying $25.00 fee for filing same - relating to:

| | |
|---|---|
| Case Number | 14-11554 |
| Debtor | Retro (USA) Inc |
| Creditor / Claimant | John Marshall as Assignee of <u>China Fortune</u> |
| Amount | **$ 83,630.47** |

With respect to Notice of this action: *I hereby certify that a true and correct copy of the Notice of Transfer of Claim was provided on the date first referenced above,* via postage prepaid first class US Mail to the following parties of interest:

**Transferor:**
**China Fortune**
**ATTN: Li Yang aka**
   **Christina Yang / President**
**230 Fifth Avenue, Suite 805**
**New York, NY 10001**
**Phone 646-689-1880**

*Trustee:*
**Salvatore LaMonica**
**LaMonica Herbst & Maniscalco, LLP**
**3305 Jerusalem Avenue**
**Wantagh, NY 11793**

Very truly yours,

John Marshall

AUG - 1 2018

Asset Location & Recovery Services – Corporate Claims Management & Investor Services

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re: **Retro (USA) Inc.**

Debtor

Case # 114-11554-shl

Chapter 7

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO
## F.R.B.P. RULE 3001 (E) (2)

*Transferor:*
**China Fortune**
**ATTN: Li Yang aka**
**Christina Yang / President**
**230 Fifth Avenue, Suite 805**
**New York, NY 10001**
**Phone 646-689-1880**

*Transferee:*
**John Marshall**
**6800 Paragon Place   Suite 202**
**Richmond, VA  23230-1656**
**Phone: 804-285-0807**

*The claim in the amount of* **$ 83,630.47** *against the Debtor has been transferred.*

No action is required if you do not object to the Transfer of the claim. However, IF YOU OBJECT TO THE TRANSFER OF THE CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER with:

**USBC Southern District of New York**
**ATTN: Clerk of the Court**
**One Bowling Green**
**New York, NY 10004-1408**

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE

If you filed an objection, a hearing will be scheduled. If your objection is not timely filed, then the Transferee will be substituted as the Claimant.

**Li Yang aka Christina Yang / President**
**For: Transferor**

John Marshall / Transferee

**FOR CLERKS OFFICE USE ONLY:**

This notice was mailed to the first party by first class postage prepaid mail on:_____

Copy: (check) Claims Agent _____ Transferee _____ Debtor's Attorney _____

Clerk

AUG - 1 2018

Evidence and Supporting Documents related to a Transfer of Claim

**INDEX TO ENCLOSURES**

Transfer of Claim

HOLDER: USBC NY Southern District
CASE # 14-11554 Retro (USA) Inc
CLAIMANT: John Marshall, Assignee

Copy of original Claim                    1

Affidavit of Assignor                     2

ID of Assignor's Rep                      3

                                          4

                                          5

                                          6

                                          7

                                          8

                                          9

                                         10

                                         11

                                         12

                                         13

                                         14

                                         15

**Brief History Statement & Recap of Supporting Evidence:**

*China Fortune* was the original claim holder in this case ("Transferor"). John Marshall ("Transferee") offered to purchase the claim held by Transferor, and upon acceptance of the offer the Transfer of Claim as provided for by the enclosed documentation was consummated, and thus Transferee is now the legal owner of the Claim and entitled to all dividends derived from same.

The Transferee respectfully requests that the Transfer be duly noted on the books and records of the Court, the Trustee and this applicable case files.

Prepared & Submitted by:

John Marshall
6800 Paragon Place   Ste 202
Richmond, VA 23230
Phone 804-285-0807
JMarshall@JMPartnersLLC.com

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT Southern District of New York | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: Retro (USA) Inc. | Case Number: 14-11554 |
|---|---|

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

<table>
<tr><td>Name of Creditor (the person or other entity to whom the debtor owes money or property): China Fortune</td><td rowspan="4">FILED<br>U.S. Bankruptcy Court<br>Southern District of New York<br><br>7/2/2014<br>Vito Genna, Clerk<br>COURT USE ONLY</td></tr>
</table>

| Name and address where notices should be sent: China Fortune 3545 Nashua Drive Mississauga, Ontario L4V 1R1 CANADA <br> Telephone number: 905-265-2200    email: chyang@fortune@on.aibn.com | ☐ Check this box if this claim amends a previously filed claim. <br> Court Claim Number: _____ (If known) <br> Filed on: _____ |
|---|---|

| Name and address where payment should be sent (if different from above): <br><br><br> Telephone number:    email: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |
|---|---|

1. Amount of Claim as of Date Case Filed:  $ __83630.47__
If all or part of the claim is secured, complete item 4. If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: __goods sold__    (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: ____
3a. Debtor may have scheduled account as: ____ (See instruction #3a)
3b. Uniform Claim Identifier (optional): ____ (See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property: $ ____
Annual Interest Rate (when case was filed) ____% ☐ Fixed or ☐ Variable

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$ ____
Basis for perfection: ____
Amount of Secured Claim: $ ____
Amount Unsecured: $ __0.00__

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

Amount entitled to priority:

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__).

$ __83630.47__

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (See Instruction #7, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

8. Signature: (See instruction #8) Check the appropriate box.

☑ I am the creditor.     ☐ I am the creditor's authorized agent.     ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)     ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Christina Yang
Title: President
Company: Conns Fortune
Address and telephone number (if different from notice address above):

s/ Christina Yang                    7/2/2014
(Signature)                          (Date)

Telephone number:          email:

_Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571._

**LaMonica Herbst & Maniscalco, LLP**
*Moving Forward. Staying Ahead.®*

Rachel P. Stofan, Esq.
Associate
p: 516.826.6500 x242
rps@lhmlawfirm.com

July 11, 2017

**By Email (chyangcfortune@on.aibn.com)**
Christina Yang
President
China Fortune
3545 Nashua Drive
Mississauga, Ontario
L4V 1R1
Canada

      Re:    Retro (USA) Inc.
              Chapter 7
              Case No. 14-11554-SHL

Dear Ms. Yang:

    This firm represents Salvatore LaMonica, the Chapter 7 Trustee of Retro (USA), Inc. I am writing in furtherance of our discussion with respect to the proof of claim filed on behalf of the China Fortune, dated July 2, 2014, in the amount of $83,630.47 and designated as claim no. 2 ("Claim 2"). A copy of Claim 2 is enclosed.

    This letter shall confirm our agreement to reclassify and allow Claim 2 as a general unsecured claim in the amount of $83,630.47.

    Please confirm the foregoing treatment of Claim 2 by executing below and forwarding back to me. I will then file this letter agreement with the Court. If you have any questions or concerns, please do not hesitate to contact me.

                      Sincerely,

                      Rachel P. Stofan

AGREED AND CONSENTED to have Claim 2 treated as a general unsecured claim in the amount of $83,630.47:

China Fortune

By: _____ ( LI YANG )
      Christina Yang
      President
      China Fortune
      3545 Nashua Drive
      Mississauga, Ontario
      L4V 1R1
      Canada

# Southern District of New York
# Claims Register

## 14-11554-shl Retro (USA) Inc.

**Judge:** Sean H. Lane      **Chapter:** 7

**Office:** Manhattan      **Last Date to file claims:** 10/13/2014

**Trustee:** Salvatore LaMonica      **Last Date to file (Govt):**

| | | |
|---|---|---|
| *Creditor:* (7399739) History | **Claim No: 2** | *Status:* |
| China Fortune | *Original Filed* | *Filed by:* CR |
| Attn: Li Yang | *Date:* 07/02/2014 | *Entered by:* Admin. |
| Aka Christina Yang, President | *Original Entered* | *Modified:* |
| 230 Fifth Avenue, Suite 805 | *Date:* 07/02/2014 | |
| New York, NY 10001 Claimant | | |
| History | | |

  Amount claimed: $83630.47

  Priority  claimed: $83630.47

*History:*

73   08/01/2018 Transfer Agreement 3001 (e) 2 Transferor: China Fortune (Claim No. 2) To John
        Marshall (Fee Amount $25, Receipt Number 202427) filed by John Marshall. (Suarez,
        Aurea)

72   08/01/2018 **(Entered in Error, See Document No. 73)** Transfer Agreement 3001 (e) 2
        Transferor: China Fortune (Claim No. 2) To John Marshall (Fee Amount $25, Receipt
        Number 202427) filed by John Marshall. (Suarez, Aurea) **Modified on 9/14/2018
        (Bush, Brent)**

Details   2-1   07/02/2014 Claim #2 filed by China Fortune, Amount claimed: $83630.47 (Admin.)

5) Once you approve the Request please direct the payment as noted in the Request. If you have any questions or need further information, please direct all such inquires to my attention using the contact information above (preferably email, for quickest response).

I hereby certify under the pains and penalties of perjury that the foregoing statements are true and correct to the best of my knowledge and belief. Respectfully submitted this **6** day of **NOV**_____, 2018.

_____

John J. Marshall *pro se*

**Notary Public:**

Sworn to and Subscribed before me this _____ **6ᵗʰ** _____ day of

**November** _____, 20**18**.



Signature of Notary Public

State of **Virginia** – City/County of **Henrico** _____

*SEAL*

| Form **W-9**<br>(Rev. December 2011)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification** | **Give Form to the**<br>**requester. Do not**<br>**send to the IRS.** |
|---|---|---|

Name (as shown on your income tax return)

**John J. Marshall**

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☑ Individual/sole proprietor  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ - - - - - - - - - -

☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)

**6800 Paragon Place, Ste 202**

City, state, and ZIP code

**Richmond, VA 23230**

Requester's name and address (optional)

List account number(s) here (optional)

*Print or type*
*See Specific Instructions on page 2.*

### Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

| 2 | 5 | 4 | – | 9 | 6 | – | 6 | 8 | 8 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|

Employer identification number

|   |   | – |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|

### Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign**
**Here**

Signature of
U.S. person ▶

Date ▶ 11/15/18

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 12-2011)

Form W-9 (Rev. 12-2011)                                                                                                Page **2**

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

• The U.S. owner of a disregarded entity and not the entity,

• The U.S. grantor or other owner of a grantor trust and not the trust, and

• The U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

**Example.** Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity not subject to backup withholding, give the requester the appropriate completed Form W-8.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS a percentage of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the Part II instructions on page 3 for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions below and the separate Instructions for the Requester of Form W-9.

Also see *Special rules for partnerships* on page 1.

**Updating Your Information**

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account, for example, if the grantor of a grantor trust dies.

**Penalties**

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

**Specific Instructions**

**Name**

If you are an individual, you must generally enter the name shown on your income tax return. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first, and then circle, the name of the person or entity whose number you entered in Part I of the form.

**Sole proprietor.** Enter your individual name as shown on your income tax return on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name/disregarded entity name" line.

**Partnership, C Corporation, or S Corporation.** Enter the entity's name on the "Name" line and any business, trade, or "doing business as (DBA) name" on the "Business name/disregarded entity name" line.

**Disregarded entity.** Enter the owner's name on the "Name" line. The name of the entity entered on the "Name" line should never be a disregarded entity. The name on the "Name" line must be the name shown on the income tax return on which the income will be reported. For example, if a foreign LLC that is treated as a disregarded entity for U.S. federal tax purposes has a domestic owner, the domestic owner's name is required to be provided on the "Name" line. If the direct owner of the entity is also a disregarded entity, enter the first owner that is not disregarded for federal tax purposes. Enter the disregarded entity's name on the "Business name/disregarded entity name" line. If the owner of the disregarded entity is a foreign person, you must complete an appropriate Form W-8.

**Note.** Check the appropriate box for the federal tax classification of the person whose name is entered on the "Name" line (Individual/sole proprietor, Partnership, C Corporation, S Corporation, Trust/estate).

**Limited Liability Company (LLC).** If the person identified on the "Name" line is an LLC, check the "Limited liability company" box only and enter the appropriate code for the tax classification in the space provided. If you are an LLC that is treated as a partnership for federal tax purposes, enter "P" for partnership. If you are an LLC that has filed a Form 8832 or a Form 2553 to be taxed as a corporation, enter "C" for C corporation or "S" for S corporation. If you are an LLC that is disregarded as an entity separate from its owner under Regulation section 301.7701-3 (except for employment and excise tax), do not check the LLC box unless the owner of the LLC (required to be identified on the "Name" line) is another LLC that is not disregarded for federal tax purposes. If the LLC is disregarded as an entity separate from its owner, enter the appropriate tax classification of the owner identified on the "Name" line.

**Other entities.** Enter your business name as shown on required federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name/disregarded entity name" line.

# Exempt Payee

If you are exempt from backup withholding, enter your name as described above and check the appropriate box for your status, then check the "Exempt payee" box in the line following the "Business name/disregarded entity name," sign and date the form.

Generally, individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends.

**Note.** If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding.

The following payees are exempt from backup withholding:

1. An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2),

2. The United States or any of its agencies or instrumentalities,

3. A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities,

4. A foreign government or any of its political subdivisions, agencies, or instrumentalities, or

5. An international organization or any of its agencies or instrumentalities.

Other payees that may be exempt from backup withholding include:

6. A corporation,

7. A foreign central bank of issue,

8. A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States,

9. A futures commission merchant registered with the Commodity Futures Trading Commission,

10. A real estate investment trust,

11. An entity registered at all times during the tax year under the Investment Company Act of 1940,

12. A common trust fund operated by a bank under section 584(a),

13. A financial institution,

14. A middleman known in the investment community as a nominee or custodian, or

15. A trust exempt from tax under section 664 or described in section 4947.

The following chart shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 15.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
| --- | --- |
| Interest and dividend payments | All exempt payees except for 9 |
| Broker transactions | Exempt payees 1 through 5 and 7 through 13. Also, C corporations. |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 5 |
| Payments over $600 required to be reported and direct sales over $5,000 [1] | Generally, exempt payees 1 through 7 [2] |

[1] See Form 1099-MISC, Miscellaneous Income, and its instructions.
[2] However, the following payments made to a corporation and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, gross proceeds paid to an attorney, and payments for services paid by a federal executive agency.

# Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are a single-member LLC that is disregarded as an entity separate from its owner (see *Limited Liability Company (LLC)* on page 2), enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note.** See the chart on page 4 for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office or get this form online at *www.ssa.gov*. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www.irs.gov/businesses* and clicking on Employer Identification Number (EIN) under Starting a Business. You can get Forms W-7 and SS-4 from the IRS by visiting IRS.gov or by calling 1-800-TAX-FORM (1-800-829-3676).

If you are asked to complete Form W-9 but do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note.** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** *A disregarded domestic entity that has a foreign owner must use the appropriate Form W-8.*

# Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if item 1, below, and items 4 and 5 on page 4 indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on the "Name" line must sign. Exempt payees, see *Exempt Payee* on page 3.

**Signature requirements.** Complete the certification as indicated in items 1 through 3, below, and items 4 and 5 on page 4.

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

Form W-9 (Rev. 12-2011)                                                                                 Page **4**

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account [1] |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor [2] |
| 4. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee [1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner [1] |
| 5. Sole proprietorship or disregarded entity owned by an individual | The owner [3] |
| 6. Grantor trust filing under Optional Form 1099 Filing Method 1 (see Regulation section 1.671-4(b)(2)(i)(A)) | The grantor* |

| For this type of account: | Give name and EIN of: |
|---|---|
| 7. Disregarded entity not owned by an individual | The owner |
| 8. A valid trust, estate, or pension trust | Legal entity [4] |
| 9. Corporation or LLC electing corporate status on Form 8832 or Form 2553 | The corporation |
| 10. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 11. Partnership or multi-member LLC | The partnership |
| 12. A broker or registered nominee | The broker or nominee |
| 13. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |
| 14. Grantor trust filing under the Form 1041 Filing Method or the Optional Form 1099 Filing Method 2 (see Regulation section 1.671-4(b)(2)(i)(B)) | The trust |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or "DBA" name on the "Business name/disregarded entity" name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

[4] List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules for partnerships* on page 1.

*Note. Grantor also must provide a Form W-9 to trustee of trust.

**Note.** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records from Identity Theft

Identity theft occurs when someone uses your personal information such as your name, social security number (SSN), or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:

• Protect your SSN,

• Ensure your employer is protecting your SSN, and

• Be careful when choosing a tax preparer.

If your tax records are affected by identity theft and you receive a notice from the IRS, respond right away to the name and phone number printed on the IRS notice or letter.

If your tax records are not currently affected by identity theft but you think you are at risk due to a lost or stolen purse or wallet, questionable credit card activity or credit report, contact the IRS Identity Theft Hotline at 1-800-908-4490 or submit Form 14039.

For more information, see Publication 4535, Identity Theft Prevention and Victim Assistance.

Victims of identity theft who are experiencing economic harm or a system problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov*. You may also report misuse of the IRS name, logo, or other IRS property to the Treasury Inspector General for Tax Administration at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at: *spam@uce.gov* or contact them at *www.ftc.gov/idtheft* or 1-877-IDTHEFT (1-877-438-4338).

Visit IRS.gov to learn more about identity theft and how to reduce your risk.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons (including federal agencies) who are required to file information returns with the IRS to report interest, dividends, or certain other income paid to you; mortgage interest you paid; the acquisition or abandonment of secured property; the cancellation of debt; or contributions you made to an IRA, Archer MSA, or HSA. The person collecting this form uses the information on the form to file information returns with the IRS, reporting the above information. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, the District of Columbia, and U.S. possessions for use in administering their laws. The information also may be disclosed to other countries under a treaty, to federal and state agencies to enforce civil and criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. You must provide your TIN whether or not you are required to file a tax return. Under section 3406, payers must generally withhold a percentage of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to the payer. Certain penalties may also apply for providing false or fraudulent information.

AO 213
(Rev. 02/15)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
Accounting Division

**VENDOR INFORMATION/TIN CERTIFICATION**
Mandatory Information that MUST be provided before submission

☐ Ex-AO Employee
☐ SAM Vendor
*(Formerly CCR)*
*(No TIN Certification Required)*

| Vendor Address | Other Address *(If different from Vendor Address)* |
|---|---|
| Select all that apply ☒ Order ☒ Remit ☒ 1099 | Select all that apply ☐ Order ☐ Remit ☐ 1099 |
| Name: **John J. Marshall** | Address: |
| Business Name: *(if different from above)* | City: |
| Address 1: **6800 Paragon Place, Ste 202** | State: Zip Code: |
| Address 2: | Phone #: |
| City: **Richmond** | Description: *(If needed)* |
| State: **VA** Zip Code: **23230** | |
| Phone #: **804-285-0807** E-mail: **jmarshall@jmpartnersllc.com** | |
| Taxpayer Identification #: *(TIN, SS, or EIN number)* **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** | |
| DUNS # | |

| Financial Information *(If Requested)* | |
|---|---|
| Bank Name: | Routing # *(this nine digit number appears on your checks, but do not include individual check numbers)*: |
| City: | Account #: |
| State: Zip Code: | Type of Account: *(select one)* ☐ Checking ☐ Savings |

Type of Organization for 1099 reporting:

☒ sole proprietorship;          ☐ partnership;

☐ corporate entity *(not tax-exempt)*;          ☐ corporate entity *(tax-exempt)*;

☐ health care provider;          ☐ other: _____

☐ government entity *(write in either federal, state or local)*          _____

**Taxpayer Identification Number Certification**

Under penalties of perjury, I certify that:

1.  The Taxpayer Identification Number listed in the Vendor Address area above is the correct number assigned to me, and

2.  I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to the backup withholding, and

3.  I am a U.S. citizen or other U.S. person *(defined below)*.

☐ You must select this check box if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. If you make a false statement with no reasonable basis that results in no backup withholdings, you are subject to a $500 penalty. Willfully falsifying certifications or affirmations on this form may subject you to criminal penalties including fines and/or imprisonment.

AO 213
(Rev. 02/15)

**Definitions:**

"Taxpayer Identification *(TIN, SS, or EIN number)*" is the number required by the Internal Revenue Service (IRS) to be used in reporting income tax and other returns. The TIN may be either a social security number (SSN) or an employer identification number (EIN).

"U.S. person" means:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States.

The TIN, as well as the information above is required in order to comply with debt collection requirements of 31 U.S.C. §§ 7701(c) and 3325(d), reporting requirements of 26 U.S.C. §§ 6041 and 6041A, and implementing regulations issued by the IRS. Failure or refusal to furnish this information may result in 28 percent backup withholding on any payments otherwise due under any awarded contract or purchase order.

The TIN may be used by the government to collect and report on any delinquent amounts arising out of the vendor's relationship with the government (31 U.S.C. § 7701(c)(3)). The TIN provided may be matched with IRS records to verify its accuracy.

Complete this section only if a TIN was not provided on page one, and select closest reason why not:

- ❏ The vendor is a nonresident alien, foreign corporation or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;
- ❏ The vendor is an agency or instrumentality of a foreign government;

### Additional information required for vendors used for procurement
### (purchase orders, contracts, etc.)

Indicate which, if any, of the following categories are applicable. These categories require that the vendor is 51% owned and the management and daily operations are controlled by one or more members of the selected socio-economic group:

❏ Women Owned Business                                    ❏ Not Applicable

❏ Minority Owned Business *(If yes, select one of the owner's race/ethnicity selections from below):*

❏ Asian-Pacific American        ❏ Black American        ❏ Subcontinent Asian (Asian-Indian)American

❏ Hispanic American        ❏ Native American        ❏ Other: _____

Date: _____        _____
                                          *Vendor's signature*

**For Agency Use Only**
The vendor name and DUNS number is all that is required for registered System for Award Management (SAM) vendors (formerly CCR). (Check www.sam.gov for registration status.) Do not use this form for purchase card merchants.

Mark Boxes that apply: ❏ Addition    ❏ Change    ❏ Vendor Code: _____ *(make entry only if change)*

                               ❏ Active    ❏ Inactive    ❏ Vendor Type: _____

| The following information is optional for individuals whose name and telephone are already on the form: |
|---|
| Contact Name: |
| Telephone Number: _____        Email: |

| Identification of person making this request: |
|---|
| Name: |
| Telephone Number: _____        Originating Office: |

Please type or print clearly.        Please type or print clearly. For JIFMS Users only, e-mail the completed form to: jifms@support.aotx.uscourts.gov. For Court FAS4T Users, send this form to the local court Vendor Administrator. For questions regarding JIFMS and Court FAS4T please contact SDSO at (210) 301-6320.

This form should be completed with signature by the vendor and submitted by Judiciary staff only.
Sensitive information must be securely maintained and only visible to the appropriately designated financial employee.

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN  ROOM 534
NEW YORK, NY 10004-1408
(212)668-2870

**CECELIA G. MORRIS**
CHIEF JUDGE

**VITO GENNA**
CLERK OF COURT

November 26, 2018

John J. Marshall
JM Partners LLC
6800 Paragon Place, Suite 202
Richmond, VA 23230-1656
(804) 285-0807

Re:  Unclaimed Dividends / 14-11554(SHL) Retro (USA), Inc. / China Fortune

Dear Mr. Marshall:

Please cure the defects for your aforementioned application in order for the court to proceed with processing your application for unclaimed dividends. Please note; submitting a transfer of claim does not preclude satisfying the court requirements for the original creditor of record, for reimbursement of unclaimed funds:

- The Court will make disbursements of unclaimed funds payable only in the name of the rightful **owner of record**, **China Fortune**; or jointly to the owner of record **and an agent** or **funds locator**, if authorized by the power of attorney. Affidavit for Reimbursement, Form Order, and W-9/AO213 form must all conform to payee name accordingly. See item #19 on court instructions.

- As per court instructions located on website:http://www.nysb.uscourts.gov/unclaimed-funds-info
  Documentation is needed for person executing Affidavit and Identification of Creditor
  Li Yang, establishing that Li Yang is authorized to collect unclaimed funds/ demonstrating that said person executing the power of authority is authorized to do so. (If the application is an individual executing the application on behalf of applicant's corporation, partnership, or other entity, the application must include documentation establishing that such individual is authorized to act on behalf of such entity. Both the power of attorney and such documentation may not be signed by the same individual). See item #18 on court instructions.

- As per item #17 in court instructions located on our website
  For Creditor China Fortune, *Please provide: current list of officers and directors or members; certified copy of Articles of Incorporation/Organization; imprint of corporate seal, if applicable, or notarized statement that corporate seal is not available; business card reflecting claimant's name; officer or representative's name and title attached to company letterhead stationery.*

  *If inactive corporation/limited liability company, please provide: final list of officers and directors; certified copy of articles of incorporation/organization; certified copy of articles of dissolution (or similar document), date and list of final distribution of assets.*

- Please include Original Affidavit and Identification of Creditor China Fortune.
- Please include darker, legible copy of identification of Li Yang
- Please include Clerk's Certificate of good standing for Varinder K. Gaur, Barrister & Solicitor, Notary Public

All original documentation submitted is retained by the court. Thank you for your prompt attention.

Sincerely,

Peter Mazzola
Finance Department



RE: 14-11554 / Claim TransferJohn Marshall to: Peter_Mazzola@nysb.uscourts.gov
08/30/2018 10:09 AM
Cc: "sue_lank@nysb.uscourts.gov", "Eddie_Andino@nysb.uscourts.gov",
"vito_genna@nysb.uscourts.gov", "USTPRegion02.NYECF@USDOJ.GOV",
"sl@lhmlawfirm.com"
From: John Marshall <JMarshall@jmpartnersllc.com>
To: "Peter_Mazzola@nysb.uscourts.gov" <Peter_Mazzola@nysb.uscourts.gov>
Cc: "sue_lank@nysb.uscourts.gov" <sue_lank@nysb.uscourts.gov>,
"Eddie_Andino@nysb.uscourts.gov" <Eddie_Andino@nysb.uscourts.gov>,
"vito_genna@nysb.uscourts.gov" <vito_genna@nysb.uscourts.gov>,
"USTPRegion02.NYECF@USDOJ.GOV" <USTPRegion02.NYECF@USDOJ.GOV>,
"sl@lhmlawfirm.com" <sl@lhmlawfirm.com>
History:
This message has been forwarded.

Peter –

Sorry...I thought you were the actual Clerk of the Court.....my bad, and my apologies....I obviously should have directed the inquiry to the right party. I do see that you copied Mr. Andino, so hopefully the proper party is now on this email chain (and/or they/you can forward to the right party in Operations).

I appreciate your comments about claim transfers/unclaimed. However, to be sure, the issue here is the Claim Transfer that was rightly filed. The Court obviously cannot prevent a creditor from selling their claim....and China Fortune has sold their claim to us, and was paid for us for that transaction, and a proper claim transfer was, in fact, filed with the Court on August 1st of this year. The objection deadine for that transfer has now passed. Any funds due against that claim belong to us....and when/if any funds become unclaimed, they too would belong to us. All of that aside, the present point is that the Court does not get to pick and choose which Claim Transfers to process and which not to process....so it would be appropriate for the Court to process the one that you guys have been holding for a full month now.

I copy the Case Trustee and the US Trustee again, since it strikes me that if either of those parties had a comment or objection to the Claim Transfer, they might offer it up. Thanks to all.


John Marshall
JM Partners LLC
6800 Paragon Place, Suite 202
Richmond, VA 23230-1656

Phone: 804-285-0807   Fax: 804-285-0939
JMarshall@JMPartnersLLC.com

Click here to upload files.

From: Peter_Mazzola@nysb.uscourts.gov [mailto:Peter_Mazzola@nysb.uscourts.gov]
Sent: Thursday, August 30, 2018 9:38 AM
To: John Marshall <JMarshall@jmpartnersllc.com>
Cc: sue_lank@nysb.uscourts.gov; Eddie_Andino@nysb.uscourts.gov
Subject: RE: 14-11554 / Claim Transfer

Hello Mr. Marshall,

I am not in charge of docketing on CM/ECF; for that you need to speak to the Operations Department Manager.

The court is in the process of re-evaluating the acceptance of transfers of claim as an instrument for reimbursement of unclaimed dividends.

The Court will make disbursements of unclaimed funds payable only in the name of the rightful **owner of record**

When applying for reimbursement of unclaimed dividends, please follow the court instructions provided on our public website located at  http://www.nysb.uscourts.gov/unclaimed-funds-forms
http://www.nysb.uscourts.gov/unclaimed-funds-info



**PETER MAZZOLA**

FINANCIAL SPECIALIST

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

ONE BOWLING GREEN

NEW YORK, NY 10004

TEL: (212) 284-4016

Peter_Mazzola@nysb.uscourts.gov

| | |
|---|---|
| From: | John Marshall <JMarshall@jmpartnersllc.com> |
| To: | "Peter_Mazzola@nysb.uscourts.gov" <Peter_Mazzola@nysb.uscourts.gov> |
| Cc: | "sl@lhmlawfirm.com" <sl@lhmlawfirm.com>, "USTPRegion02.NYECF@USDOJ.GOV" <USTPRegion02.NYECF@USDOJ.GOV> |
| Date: | 08/27/2018 05:12 PM |
| Subject: | RE: 14-11554 / Claim Transfer |

Peter -

            I purchased the claim of China Fortune in case 14-11554 / Retro (USA), and filed a claim transfer as required on 7/31/18.  A copy of that filing is attached.  It was delivered to your office on 8/1/18 via FedEx, and signed for by "M. Porter" at 9:21am that day.  The Trustee likewise received his copy on 8/1/18.

            I believe the duty to make that filing is on me.....but the duty to docket it for any possible objection is on your office.  As of today, however, the

transfer has still never been docketed.  Is there a reason for this?  You are delaying necessary filing activity, and the docket should be brought current accordingly.  Please advise.

John Marshall
JM Partners LLC
6800 Paragon Place, Suite 202
Richmond, VA 23230-1656

Phone: 804-285-0807    Fax: 804-285-0939
JMarshall@JMPartnersLLC.com

Click here to upload files.


[attachment "Filing.pdf" deleted by Peter Mazzola/NYSB/02/USCOURTS]

STATE OF VIRGINIA:

COUNTY OF CHESTERFIELD, to wit:

I, Wendy S. Hughes, Clerk of the Circuit Court of the said County, the same being a court of record, do hereby certify that _Kathryn T. Lunsford_ whose name is signed to the foregoing certificate of proof of acknowledgement under date of _11/6/2018_ is now and was at the time of the signing of same, a Notary Public of the Commonwealth of Virginia, in and for the said County of Chesterfield, duly commissioned and qualified, and authorized by law to administer oaths, take acknowledgments of deeds and other instruments of writing, and to perform such other duties as the law prescribes; and that this attestation is in accordance with the laws of the Commonwealth, and I further certify that I have witnessed the handwriting of such Notary Public and verily believe that the signature on the certificate is genuine.

Given under my hand and the seal of this Court this _7_ day of _November_ 20_18_.

_Wendy S. Hughes_

Wendy S. Hughes, Clerk

STATE OF VIRGINIA:

COUNTY OF CHESTERFIELD, to wit:

I, Wendy S. Hughes, Clerk of the Circuit Court of the said County, the same being a court of record, do hereby certify that _Kathryn T. Lunsford_ whose name is signed to the foregoing certificate of proof of acknowledgement under date of ___11/6/2018___ is now and was at the time of the signing of same, a Notary Public of the Commonwealth of Virginia, in and for the said County of Chesterfield, duly commissioned and qualified, and authorized by law to administer oaths, take acknowledgments of deeds and other instruments of writing, and to perform such other duties as the law prescribes; and that this attestation is in accordance with the laws of the Commonwealth, and I further certify that I have witnessed the handwriting of such Notary Public and verily believe that the signature on the certificate is genuine.

Given under my hand and the seal of this Court this ___7___ day of ___November___ 20_18_.

_Wendy S. Hughes_

Wendy S. Hughes, Clerk